IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PAULSBORO DERAILMENT CASES<br><br>ROBERT LAYTON,<br>    *Plaintiff,*<br><br>v.<br><br>CONSOLIDATED RAIL CORPORATION, et als,<br>    *Defendants.* | Master Docket No. 13-0784<br><br>Civil Action No.: 1:14-7356 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party, with prejudice.

Dated: July 28, 2016

_____
MATTHEW WENG, ESQ.
*Attorney for Plaintiff*

*David A. Damico*
_____
DAVID A. DAMICO, ESQ.
*Attorney for Defendants*